**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FREDDIE JOHNSON,

        **Plaintiff,**

v.                           **Case No.   6:21-cv-241-ACC-GJK**

SAM'S CLUB,

        **Defendant.**

_____

**ORDER**

This cause comes before the Court on review of the file. On September 13, 2021, the Suggestion of Death of Plaintiff Freddie Johnson was filed stating that he died on July 23, 2021. (Doc. 20). No Motion for Substitution has been timely filed. See Fed.R.Civ.P. 25(a)(1) ("If the motion [for substitution] is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.").

Based on the foregoing, it is ordered as follows:

1.      This case is hereby DISMISSED.

2.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 14, 2021.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record